IN THE UNITED STATES COURT OF
APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| Bilal Adom<br><br>　　　　　Plaintiff-Appellant,<br><br>　　　　v.<br><br>California Department of Corrections and Rehabilitation, et al.<br><br>　　　　　Defendants-Appellees. | No. 24-4756 |

**MOTION FOR A 30-DAY EXTENSION OF TIME IN WHICH TO
FILE THE OPENING BRIEF**

Appellant respectfully requests a 30-day extension in which to file his opening brief from the current deadline of October 11, 2024, up to and including November 11, 2024.

1.　　Undersigned counsel has recently been retained to handle Appellant's appeal *pro bono*. Mr. Adom was previously operating *pro se*. Undersigned counsel is therefore new to the issues raised in this appeal.

2.　　This is undersigned counsel's first motion for an extension, after taking a streamlined request for an extension.

3.　　This motion for an extension has been made necessary by an unusual confluence of circumstances. On Monday, October 7, 2024, the lawyer who had been

working on Mr. Adom's brief, undersigned counsel, unexpectedly had his wife go into labor and give birth several weeks ahead of schedule. On the same day, yesterday October 7, Oren Nimni, the other lawyer at his small non-profit organization with significant appellate experience abruptly ceased working at the organization. As a result of these two events occurring simultaneously, undersigned counsel needs this extension to properly represent Mr. Adom.

    4.    Appellant contacted Appellees' counsel to request consent for an extension and they courteously and promptly granted consent to this motion.

## CONCLUSION

For the foregoing reasons, Appellant respectfully requests a 30-day extension of time, up to and including November 11, 2024 in which to file his opening brief.

Respectfully submitted,

*/s/ Samuel Weiss*
Samuel Weiss
Rights Behind Bars
416 Florida Avenue NW, #26152
Washington, DC 20001

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2024, I electronically filed the foregoing Motion for a 30-Day Extension of Time in Which to File the Appellant's Brief with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: October 8, 2024

*/s/ Samuel Weiss*
Samuel Weiss

Rights Behind Bars
416 Florida Avenue NW, #26152
Washington, DC 20001

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this motion complies with the type-volume requirements of Rule 27(d)(2)(A) and Rule 32(g). This motion contains 220 words.

Date: October 8, 2024

*/s/ Samuel Weiss*
Samuel Weiss

Rights Behind Bars
416 Florida Avenue NW, #26152
Washington, DC 20001