| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | OCT 15 2024 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

BILAL ADOM,

    Plaintiff - Appellant,

 v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; et al.,

    Defendants - Appellees.

No. 24-4756

D.C. No. 4:22-cv-07150-JSW
Northern District of California, Oakland

ORDER

Appellant's unopposed motion (Docket Entry No. 11) for an extension of time to file the opening brief is granted.

The opening brief is due November 12, 2024. The answering brief is due December 12, 2024. The optional reply brief is due within 21 days after service of the answering brief.

                FOR THE COURT:

                MOLLY C. DWYER
                CLERK OF COURT