No. 24-4756

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

————

BILAL ADOM,
                                    *Plaintiff-Appellant,*

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND
REHABILITATION, ET AL.,
                                    *Defendants-Appellees.*

————————

**On Appeal from the United States District Court
for the Northern District of California**
No. 4:22-cv-07150-JSW
The Honorable Jeffrey S. White

————————

## MOTION FOR JUDICIAL NOTICE

————

Rob Bonta
  *Attorney General of California*
Monica N. Anderson
  *Senior Assistant Attorney General*
Neah Huynh
  *Supervising Deputy Attorney General*
Jaime Ganson
  *Deputy Attorney General*

STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
(916) 212-6760
Jaime. Ganson@doj.ca.gov
  *Attorneys for Defendants-Appellees
  CDCR, Atchley, Lotersztain, Mojica,
  Montegrande, and Sawyer*

March 6, 2025

## INTRODUCTION

This appeal concerns the treatment Plaintiff-Appellant Bilal Adom received for incontinence from September 9, 2021 to January 19, 2022. Adom is a state inmate. The California Correctional Health Care Services, which is overseen by the *Plata* federal receiver (J. Clark Kelso),[1] enacts policies governing medical treatment for CDCR prisoners. One of those policies is the Durable Medical Equipment and Medical Supply Formulary, and this Court can consider this policy because it meets the requirements for judicial notice and informs the analysis here.

## ARGUMENT

Under Federal Rule of Evidence 201, a court may take judicial notice of facts that can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned, including federal proceedings. *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746, n.6 (9th Cir. 2006); *see also Lowry v. Barnhart*, 324 F.3d 1019, 1024 (9th Cir. 2003) (noting appellate courts have the same power to take judicial notice as trial courts). Attached as **Exhibit A** to this request are excerpts from the California Correctional Health Care Services' Durable Medical Equipment and Medical Supply Formulary Utilization Management concerning disposable diapers, and these excerpts are also available

---

[1] *See* https://cchcs.ca.gov/wp-content/uploads/sites/60/NR/execOrgchart.pdf.

at https://cchcs.ca.gov/wp-content/uploads/sites/60/PR/DME-Medical-Supply-Formulary.pdf. *See* Fed. R. Evid. 201(b).

## CONCLUSION

This Court should take judicial notice of the attached excerpts.

Dated:  March 6, 2025

Respectfully submitted,

*/s/ Jaime M. Ganson*

Rob Bonta
  *Attorney General of California*
Monica N. Anderson
  *Senior Assistant Attorney General*
Neah Huynh
  *Supervising Deputy Attorney General*
JAIME M. GANSON
  *Deputy Attorney General*

# EXHIBIT A



# DURABLE MEDICAL EQUIPMENT

# AND

# MEDICAL SUPPLY FORMULARY

## Utilization Management



CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

| *Incontinence Supplies | | | | |
|---|---|---|---|---|
| Reference Brands, Sources, and Relative Prices: | | Reference Brands | Sources | Relative Prices |
| Symbol | Cost | | | |
| $ | $0 - 50 | | | |
| $$ | $51 - 500 | | | |
| $$$ | $501 - 1000 | | | |
| $$$$ | $1000+ | | | |

| Variations | Associated Supplies |
|---|---|
| Disposable diapers | *Disposable washcloths |
| | *Cleaning wipes |
| | |

| Indications | Contraindications |
|---|---|
| Loss of bowel or bladder control; for hygiene use | |
| | |
| | |

| | |
|---|---|
| **Establishment of Medical Necessity:** | Patients with an underlying medical condition that involves loss of bladder or bowel control. |

| | | | |
|---|---|---|---|
| **Trial Period:** | ☐ Yes    ☒ No | Time Frame ≥: | |

| | | |
|---|---|---|
| **Prescription vs. Authorization** | ☒ Prescription Requirement | ☐ Authorization |

| | |
|---|---|
| ☐ Reusable | ☒ Single Patient Only |
| ☐ Able to Loan | ☐ Must be purchased by patient |
| ☐ Manufactures User Manual | ☐ Patient Education Handout |

| Expected Refresh Period: | Item Name | Lifespan/Replacement Schedule |
|---|---|---|
| | | |
| | | |
| | | |
| | Accessories | Lifespan/Replacement Schedule |
| | | |
| | | |
| | | |

| Clinical References | CMS National Coverage Determination (NCD) |
|---|---|

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 15. Certificate of Service for Electronic Filing

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form15instructions.pdf*

**9th Cir. Case Number(s)** | 24-4756

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

☒ I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are __NOT__ Registered for Electronic Filing:**

☐ I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

**Description of Document(s)** *(required for all documents)*:

MOTION FOR JUDICIAL NOTICE

**Signature** | s/ A. Zamora | **Date** | 03/06/2025

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov