# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 24-4756

**Case Name** ADOM v. CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL

**Hearing Location** (*city*) San Francisco

**Your Name** Adam M. Stoddard

List the sitting dates for the two sitting months you were asked to review:

Oct. 6-10, 2025; Oct. 20-24, 2025; Nov. 17-21, 2025

Do you have an unresolvable conflict on any of the above dates? ☐ Yes ☉ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

☐ Yes ☉ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** /s/Adam M. Stoddard  **Date** June 4, 2025

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**  *New 12/01/2018*